No. 75–6449. O'MEALLY v. UNITED STATES; and
No. 75–6470. MAYES v. UNITED STATES. C. A. 6th
Cir. Certiorari denied. Reported below: 529 F. 2d 527.

No. 75–6464. JOHNSON v. UNITED STATES. C. A. 7th
Cir. Certiorari denied.

No. 75–6471. JEWELL v. UNITED STATES. C. A. 9th
Cir. Certiorari denied.

No. 75–6480. BRYAN v. UNITED STATES. C. A. 5th
Cir. Certiorari denied.

No. 75–6481. JOHNSON v. UNITED STATES. C. A. 5th
Cir. Certiorari denied.

No. 75–6483. JACKSON v. UNITED STATES. C. A. 8th
Cir. Certiorari denied.

No. 75–6493. HUNTER, AKA PETERS, ET AL. v. UNITED
STATES. C. A. 3d Cir. Certiorari denied.

No. 75–6503. BOLTON v. UNITED STATES. C. A. 3d
Cir. Certiorari denied.

No. 75–6504. BRANT v. UNITED STATES. C. A. 2d
Cir. Certiorari denied.

No. 75–6505. MATTHEWS v. UNITED STATES. C. A.
3d Cir. Certiorari denied.

No. 75–6507. PATRICK v. UNITED STATES; and
No. 75–6512. ALLEN v. UNITED STATES. C. A. 4th
Cir. Certiorari denied.

No. 75–6508. GLOVER v. UNITED STATES. C. A. 5th
Cir. Certiorari denied.

No. 75–6513. POFF v. UNITED STATES. C. A. 9th Cir.
Certiorari denied.